UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESA MANAGEMENT, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DANIEL POMARES,<br><br>　　　　　Defendant. | Case No. 24-cv-02285-JST<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; ORDER DENYING MOTION TO REMAND AS MOOT**<br><br>Re: ECF Nos. 5, 8 |

The Court has reviewed Magistrate Judge Kandis A. Westmore's report and recommendation to remand this case. ECF No. 5. The time to file objections has passed, and no objections have been received. The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, this case is hereby remanded to Alameda County Superior Court. Plaintiff's motion to remand, ECF No. 8, is denied as moot, and the Court declines to award costs and actual expenses incurred as a result of the removal. *See* 28 U.S.C. § 1447(c).

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 1, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge